**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 104.1.246.6**

**ISP:** AT&T Internet Services
**Physical Location:** Wood Dale, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/09/2017 10:55:01 | A8AE0D151DF79CDD9F119915CB37C4F80DC1240C | Summer Sex with Sybil |
| 08/09/2017 10:14:31 | 1C6E61E6696FA820CB8A8109C203E91C48D2C6A2 | Sultry Summer Heat |
| 07/31/2017 16:57:57 | D9F0A6A06FF8C4B33019EEF26B83E6EABFEEBB2A | Wet Perfection |
| 07/31/2017 07:44:38 | 81F43EF320BADD22BBF2D822EB45845CBA445B8C | Summer Lovers |
| 06/29/2017 13:51:20 | 31669469C037C742F04D4155DE1CCF6E864BE28E | Best Friends Or Lesbians |
| 09/03/2016 18:10:22 | FCF07B18C2484D6A0276998E5464695CE08C014B | Girl Crush |
| 12/20/2014 21:24:56 | 92314F790C84FDDD692601CFC185DD738A62BB7B | Sapphically Sexy |
| 11/19/2014 04:05:17 | B47E8E9A47012050D694FA0145B9432385F88017 | A Cloudy Hot Day |
| 11/19/2014 00:18:25 | A5C51C7E271C9ED8793188E08A0280BE69D064A3 | Instant Erotica |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

NIL788