AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Malibu Media, LLC

V.

John Park

CASE NUMBER: 1:17-cv-08426

ASSIGNED JUDGE: Hon. Samuel Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Honorable Young B. Kim

TO: (Name and address of Defendant)

John Park
301 N Central Avenue
Wood Dale, IL 60191

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Media Litigation Firm, P.C.
Mary K. Schulz, Esq.
1144 E. State Street
Suite A260
Geneva, IL 60134

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



March 8, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  DATE 3/28/18

NAME OF SERVER (PRINT) JACOB OSOJNAK  TITLE PROCESS SERVER

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
301 NORTH CENTRAL AVENUE, WOOD DALE IL 60191

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVED JOHN DOE 3/28/18 5:05AM ASIAN MALE 48 YRS OLD 5'6" 175 LBS BLK HAIR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/28/18
Date

Signature of Server

50 SOUTH MAIN ST #200, NAPERVILLE IL 60540
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2072